## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **JOSE MORALES,** | |
| Plaintiff, | 2005-CV-0014 |
| v. | |
| **GOVERNMENT OF THE VIRGIN ISLANDS** and **ROGER ROBERTS, Individually and as a Virgin Islands Police Officer,** | |
| Defendants. | |

**TO:**   Pamela Lynn Colon, Esq.
Raymond T. James, Esq., AAG
Jeffrey B.C. Moorhead, Esq.

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal (Docket No. 66).

Accordingly, it is now hereby **ORDERED**:

1. Joint Stipulation of Dismissal (Docket No. 66) is **GRANTED**.

2. This matter, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), is **DISMISSED WITH PREJUDICE,** with each party bearing their own costs and fees.

*Morales v. Government of the Virgin Islands*
2005-CV-0014
Order of Dismissal
Page 2

                                                                  ENTER:

Dated: January 23, 2009                                    /s/
                                                    GEORGE W. CANNON, JR.
                                                    U.S. MAGISTRATE JUDGE